IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PATRICE GRAY<br><br>Plaintiff,<br><br>v.<br><br>JUST ONE DIME COACHING, LLC,<br>et al.<br><br>Defendants. | Civil Action No. 1:22-CV-01105-LY |

**ORDER CONTINUING HEARING DATE FOR
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

By stipulation of the parties (herein Plaintiff Patrice Gray and Defendants Just One Dime Coaching, LLC d/b/a Done for You by Just One Dime, d/b/a Veritus a Series of Embue, LLC, d/b/a Veritus Texas Commercial One, LLC, d/b/a Vertius Texas One, LLC and Travis S. Kniep) and the Court's finding of good cause, the hearing date for Plaintiff's motion for a preliminary injunction is re-set from November 21, 2022 at 10:30 a.m. to December 6, 2022 at 9:30 a.m. The initial temporary restraining order with respect to Defendants Just One Dime Coaching, LLC d/b/a Done for You by Just One Dime, d/b/a Veritus a Series of Embue, LLC, d/b/a Veritus Texas Commercial One, LLC, d/b/a Vertius Texas One, LLC and Travis S. Kniep that was issued on November 9, 2022 shall be extended until December 6, 2022 at 10:00 a.m. Such order shall be without waiver to any claim or defense any party may raise.

IT IS SO ORDERED.

DATED: *November 22, 2022*

_____
Hon. Lee Yeakel
United States District Judge